United States District Court
Southern District of Texas
**ENTERED**
September 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CR. NO.: 1:18-CR-673 |
| | § | |
| MARCO PESQUERA | § | |

### ORDER OF FORFEITURE

WHEREAS, the United States has filed Motion for an Order of Forfeiture seeking a money judgment against the defendant in the amount of $5,000,000.00; and

WHEREAS, this Court, having considered the plea agreement and the factual basis submitted by the United States, found that $5,000,000.00 was proceeds of the visa fraud conspiracy for which Defendant has been convicted; and

WHEREAS, Defendant agrees that the United States have a forfeiture money judgment against him in the amount of $5,000,000.00; and

WHEREAS, the entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure. Once the Order of Forfeiture is entered, the Government may move at any time, pursuant to Rule 32.2(e)(1), to amend the Order of Forfeiture specific property of the defendant, having a value up to the amount of the money judgment, as substitute assets; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

The Court therefore, grants the motion of the United States and ORDERS that a money judgment of $5,000,000.00 be imposed against defendant and made part of his sentence, and included in his judgment.

Signed on the 5th day of September 2019, in Brownsville, Texas.

Honorable Fernando Rodriguez Jr.
U.S. District Court Judge