UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| vs. | § Criminal No. 1:18-cr-00673-01 § § § |
| MARCO PESQUERA | § § |

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date Judgment Entered: | September 5, 2019 |
| Judgment in Favor of: | UNITED STATES OF AMERICA |
| Judgment Against: | MARCO PESQUERA |
| Amount of Judgment: | $5,000,000.00 |
| Amount of Costs: | |
| Rate of Interest: | |
| Amount of Credits Since Judgment: | $430,000.00 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

DAVID J. BRADLEY, CLERK OF COURT

Dated: OCT 2 8 2019  By: _____
            Deputy Clerk