United States District Court
Southern District of Texas
**ENTERED**
April 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:18-CR-673-1 |
| | § | |
| MARCO PESQUERA | § | |

## **ORDER**

The Court is in receipt of Defendant's Emergency Motion to Reduce Sentence Pursuant to 18 USC 3582(c)(1)(A)(i). (Doc 210)

It is **ORDERED** that the Government file any response in opposition to the Motion by no later than April 13, 2020.

SIGNED this 9th day of April, 2020.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge